QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Salomon Martinez-Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>SALOMON MARTINEZ-GARCIA,<br><br>    *Defendant*. | No. 1:05-cr-00257 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  October 31, 2005<br>Time:  9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Salomon Martinez-Garcia, that the date for status conference in the above-captioned matters may be continued to October 31, 2005.  **The date previously set for status conference is October 11, 2005.  The requested new date is October 31, 2005.**

    The reason for this request is that the parties have reached a tentative plea agreement but additional time is needed for completion of the pre-plea presentence investigation report.  Completion of the report will allow the plea and sentencing to occur at the same time.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

1 preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: October 6, 2005                By  /s/ Marianne A. Pansa
                                            MARIANNE A. PANSA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                            QUIN DENVIR
                                            Federal Public Defender

DATED: October 6, 2005                By  /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Salomon Martinez-Garcia

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: October _11___, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference       2